DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JENNIFER ALESSE DORSEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3364

————————————————

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Scott A. Farr, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

　　Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.